**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**5118 U.S. COURTHOUSE**
**INDEPENDENCE MALL WEST**
**601 MARKET STREET**
**PHILADELPHIA, PA 19106**

July 21, 2020

Michael J. Engle, Esq.
Buchanan Ingersoll Rooney
Two Liberty Place
50 S. 16th Street
Suite 3200
Philadelphia, PA 19102

Brian E. McGovern, Esq.
McCarthy Leonard & Kaemmerer LC
825 Maryville Centre Drive
Suite 300
Town & Country, MO 63017

       RE: Tube Transport for America, Inc. v. Chad Wilkinson
       CIVIL ACTION NO. 20-2379

Dear Counsel,

       A review of the docket shows that service of the complaint has not been made.

       Rule 4(m) of the Federal Rules of Civil Procedure requires that the defendant must be served with the complaint within ninety days after the complaint is filed. If service is not made by August 19, 2020, the action will be dismissed without prejudice for lack of prosecution unless good cause for the failure to comply with Rule 4(m) is shown prior to that time.

       Lara L. Karlson
       Deputy Clerk to Judge Marston
       267-299-7370