IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TUBE TRANSPORT FOR AMERICA, INC.,**<br><br>    Plaintiff,<br><br>    *v.*<br><br>**CHAD WILKINSON,**<br><br>    Defendant. | CIVIL ACTION<br><br>NO. 20-2379-KSM |

### ORDER

**AND NOW** this 3rd day of August, 2021, upon consideration of Plaintiff's Motion for Default Judgment (Doc. No. 8), Amended Affidavit of Travis Brown (Doc. No. 15-1), Withdrawal of Request for Attorneys' Fees (Doc. No. 17), and the arguments and evidence presented by counsel at oral argument on June 23, 2021, and the Clerk of Court having previously entered default against Defendant Chad Wilkinson for failure to appear, it is **ORDERED** that the motion is **GRANTED** and **FINAL JUDGMENT** in the amount of **Three Hundred and Seven Thousand Sixty-Three Dollars and Twenty-Five Cents ($307,063.25)** shall be entered against Defendant Chad Wilkinson and in favor of Plaintiff Tube Transport for America, Inc.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter **CLOSED**. **IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*

_____
KAREN SPENCER MARSTON, J.